**Richard MYERS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 44095.**

Court of Criminal Appeals of Texas.

Sept. 16, 1971.

Rehearing Denied Nov. 23, 1971.

Davis Bragg, of Duncan & Bragg, Killeen, for appellant.

Stanley Kicar, Dist. Atty., and Robert B. Wilson, Asst. Dist. Atty., Belton, and Jim D. Vollers, State's Atty., Austin, for the State.

### OPINION

MORRISON, Judge.

The offense is sale of marihuana; the punishment five (5) years.

This is a companion case to our No. 44,-338, Burns v. State, 473 S.W.2d 19. Both appellants were tried together.

This appellant challenges only the failure of the court to suppress the evidence based upon the posse comitatus question plus the court's failure to charge thereon.

What we have said in the companion opinion disposes of these contentions.

Finding the evidence sufficient to sustain the conviction and no reversible error appearing, the judgment is affirmed.

### OPINION

### ON APPELLANT'S MOTION FOR REHEARING

DALLY, Commissioner.

The appellant's motion for rehearing was identical to that filed in the companion case of Burns v. State, 473 S.W.2d 19.

What we have said in that companion case disposes of appellant's contentions.

Remaining convinced that this case was properly decided on original submission, the appellant's motion for rehearing is overruled.

Opinion approved by the Court.